**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jose Alberto Munoz VILLALON, also
known as Jose A. Munoz, also known
as Jose Alberto Munoz, also known as
Jose Alberton Munoz–Villalon, also
known as Jose Munoz, also known as
Jose Abberto Munoz Villalon, Defen-
dant–Appellant.**

No. 11–20214
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 29, 2011.

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

Lourdes Rodriguez, Houston, TX, for
Defendant–Appellant.

Before BENAVIDES, STEWART, and
CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent
Jose Alberto Munoz Villalon (Munoz) has
moved for leave to withdraw and has filed

a brief in accordance with *Anders v. Cali-
fornia,* 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), and *United States v.
Flores,* 632 F.3d 229 (5th Cir.2011). Mu-
noz has filed a response. We have re-
viewed counsel's brief and the relevant
portions of the record reflected therein, as
well as Munoz's response. We concur with
counsel's assessment that the appeal pres-
ents no nonfrivolous issue for appellate
review. Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel
is excused from further responsibilities
herein, and the APPEAL IS DISMISSED.
*See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.